UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MORETON BINN and MARISOL F, LLC,
                       Plaintiffs,

-against-

BRUCE T. BERNSTEIN, RICHARD K. ABBE,
ANDREW D. PERLMAN, SALVATORE
GIARDINA, ANDREW R. HEYER, DONALD
E. STOUT, JOHN ENGELMAN, and FORM
HOLDINGS CORP.,
                       Defendants.
------------------------------------------------------------X

ELECTRONICALLY FILED
DATE FILED: 7/29/2019

17 **CIVIL** 8594 (LLS)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 21, 2019, and the Order dated July 23, 2019, Defendants' motion for summary judgment (Dkt. No. 102) is granted; Plaintiffs' cross-motion for summary judgment (Dkt. No. 112) is denied; the motion for oral argument (Dkt. No. 108) is denied; Plaintiffs' application for a preliminary injunction is denied and the temporary restraining order (Dkt. No. 142) is vacated.

**Dated:** New York, New York
         July 29, 2019

                                                   RUBY J. KRAJICK
                                                   **Clerk of Court**
                                         BY:
                                                        Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 7/29/2019