UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORETON BINN and MARISOL F, LLC,

          Plaintiffs,

- against -

RICHARD K. ABBE,

          Defendant.

17 Civ. 8594 (LLS)

**ORDER**

    The September 24, 2020 Mandate of the Court of Appeals having been received, Defendant Abbe shall, within the next three weeks, specify each claim it argues should be sanctioned. Each claim should be stated with sufficient precision to evoke a separate judicial determination.

    The list must be served on Plaintiff but not filed or presented to the Court until 21 days thereafter, as directed in FRCP 11(c)(2).

    Opposing affidavits and answering memoranda shall be served within fourteen days after service of the moving papers, and any reply affidavits and memoranda shall be served within seven days after service of the answering papers, pursuant to Local Civil Rule 6.1(b).

    So ordered.

Dated:    New York, New York
          September 25, 2020

                                      Louis L. Stanton
                                      LOUIS L. STANTON
                                          U.S.D.J.